# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

AMBER N. BRANDENBURG,  : Case No. 3:16-cv-442
                       :
    Plaintiff,         : District Judge Walter H. Rice
                       : Magistrate Judge Sharon L. Ovington
vs.                    :
                       :
NANCY A. BERRYHILL,    :
COMMISSIONER OF SOCIAL :
SECURITY,              :
                       :
    Defendant.         :

---

## DECISION AND ENTRY

---

The Court has conducted a *de novo* review of the Report and Recommendations of

United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was

originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been

filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has

expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.  The Report and Recommendations filed on December 15,
    2017 (Doc. #11) is ADOPTED in full;

2.  The Commissioner's non-disability finding is **VACATED**;

3.  No finding is made as to whether Plaintiff Amber N.
    Brandenburg was under a "disability" within the meaning of
    the Social Security Act;

4.  This matter is **REMANDED** to the Social Security
    Administration under sentence four of 42 U.S.C. § 405(g) for

further consideration consistent with the Report and
Recommendations and this Decision; and

5.    The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

1-2-18

Walter H. Rice
United States District Judge